IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARA ALLEN                                                                                               PLAINTIFF

vs.                                             Civil No. 4:11-cv-04040

MICHAEL J. ASTRUE                                                                          DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, this case is hereby reversed and remanded for further administrative review by the SSA pursuant to Sentence Six of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 27th day of July 2011.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE